

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

**THE CITY OF NEW YORK**
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**AMY ROTHSCHILD**
Assistant Corporation Counsel
Commercial and Real Estate Litigation
Tel.: (212) 356-2569
Email: arothsch@law.nyc.gov

September 18, 2025

<u>VIA ECF</u>
Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
500 Pearl Street, Room 415
New York, NY 10007

   Re: *David Brown v. City of New York*,
      25-CV-05920

Dear Judge Broderick:

  I am an Assistant Corporation Counsel in the office of the Corporation Counsel of the City of New York, attorney for the defendant in the above-referenced matter. I write to request your honor schedule a conference to set briefing schedules in connection with: (1) Plaintiff's motion for a preliminary injunction, of which the City received notice through ECF this week on Monday, September 15, 2025; and (2) a motion Defendant intends to file to hold this action in abeyance pending the resolution of a parallel state court action.[1]

  While Section 4(A) of Your Honor's rules provides that pre-motion conferences are not required except for discovery motions, we respectfully request a conference to discuss how the Court would like the parties to proceed in light of the parallel state court action and the motion Defendant intends to file related thereto.

  Thank you for Your Honor's consideration of this request.

---

[1] *David Brown v. City of New York* (Civ. Ct, NY County, Index No. CV-020068-24/NY). Defendant's summary judgment motion seeking to dismiss that action is scheduled to be heard on November 21, 2025.

Respectfully submitted,

*Amy Rothschild*
Amy Rothschild

**SO ORDERED:**

*Vernon Broderick*
HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE

Date: September 19, 2025

At this time, I will not hold a conference to set a briefing schedule.

Defendant's opposition to Plaintiff's motion for a preliminary injunction shall be filed on or before October 6, 2025. Plaintiff's reply shall be filed on or before October 15, 2025.

Regarding an anticipated motion to hold this action in abeyance, the parties are instructed to meet and confer to discuss a briefing schedule.