**October 9, 2025**

<u>VIA ECF</u>

Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**Re: David Brown v. City of New York, 1:25-cv-05920 — Defendant's Failure to Redact Personally Identifiable Information (Fed. R. Civ. P. 5.2 Violation)**

Dear Judge Broderick:

I write respectfully, as the **Pro Se Plaintiff**, to bring to the Court's attention that Defendant, the City of New York, has filed documents in this matter that contain **unredacted personally identifiable information (PII)** in violation of **Federal Rule of Civil Procedure 5.2** and **SDNY Electronic Case Filing Rule 21**.

Specifically, in "ECF No. 21 – AFFIRMATION of Amy Rothschild in Opposition re:", filed on October 9, 2025, the Defendant failed to redact sensitive information, including: full social security numbers, full dates of birth and full employee id numbers. These details are publicly visible on the docket and expose protected information that should have been redacted prior to filing.

- Document 21-3, page 1 of 1, Full address
- Document 21-3, page 1 of 1, Full social security number
- Document 21-3, page 1 of 1, Full date of birth
- Document 21-4, page 4 of 6, Full employee id number

As the filing party, the Defendant bears full responsibility for ensuring compliance with Rule 5.2's redaction requirements. The inclusion of unredacted PII in public court filings constitutes a breach of the Court's confidentiality rules and creates unnecessary risk of personal data exposure.

Accordingly, I respectfully request that the Court:

1. **Direct the Clerk of Court to temporarily seal the affected docket entries** to prevent public access;

2. **Order the Defendant to refile properly redacted versions** of the affected documents within fourteen (14) days; and

3. Require the Defendant to **certify compliance with Fed. R. Civ. P. 5.2 and SDNY ECF Rule 21** in all future filings.

This request is made in good faith and solely to preserve the integrity and confidentiality of the Court's record.

Thank you for the Court's attention to this matter.

Respectfully submitted,

**David R. Brown**
Pro Se Plaintiff
720 Fort Washington Avenue, Unit 6-D
New York, NY 10040
(201) 406-5011
davidrubenbrown@gmail.com

---

The Clerk's Office has sealed Doc Nos. 21-3 and 21-4. The parties shall meet-and-confer, pursuant to my Individual Rules, regarding filing new versions of Doc Nos. 21-3 and 21-4 with redactions. Defendant shall file new versions of Doc Nos. 21-3 and 21-4 by **October 31, 2025**. The parties are referred to Rule 5.2 of the Federal Rules of Civil Procedure and the Southern District's ECF Privacy Policy.

SO ORDERED:

HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE    10/16/2025