This Court is in receipt of Plaintiff's letter motion requesting to seal Docs. 19-3 and 19-4 for unredacted personally identifiable information ("PII") and bank account information, Defendant's letter agreeing to this sealing request, (Doc. 44), and Defendant's filings of redacted versions of these documents, (Doc. 40). The Court respectfully directs that Docs. 19-3 and 19-4 be sealed promptly after issuing of this order.

SO ORDERED:

HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE

Date: 12/4/2025

**VIA ECF**

Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: **Brown v. The City of New York**, 1:25-cv-05920-VSB

**Plaintiff's Letter Motion to Seal ECF No. 19 (Weltman & Synmoie Affirmations)**
**Due to Defendant's Violations of Fed. R. Civ. P. 5.2 and Resulting Harm**

Your Honor:

I, David Brown, the pro se Plaintiff, respectfully submit this **Letter Motion requesting that the Court immediately seal ECF No. 19**, including **all attached exhibits** containing the **Dean Weltman Affirmation** and the **Patrick Synmoie Affirmation**, because they contain **unredacted personally identifiable information (PII)** in violation of **Fed. R. Civ. P. 5.2**, **SDNY ECF Rule 21**, and this Court's standing orders.

**I. The Defendant Filed Unredacted PII in ECF No. 19 in Violation of Rule 5.2**

The Defendant filed the following documents containing my **unredacted bank account information, date of birth, and other sensitive identifiers**:

- **Synmoie Affirmation (ECF No. 19-3)**, which similarly contains **unredacted PII**, including my personal identifying information.

- **Weltman Affirmation (ECF No. 19-4)**, which contains exposed financial identifiers and private information.

This PII is clearly prohibited under **Fed. R. Civ. P. 5.2(a)**, which forbids filing documents revealing:

- Full birth dates

- Financial account numbers

- Home addresses beyond the city and state

- Sensitive identifying information

The Defendant was obligated to redact these items prior to filing.

**II. The Exposure of My PII Created Immediate and Significant Harm**

As a direct result of the Defendant's failure to safeguard my information, I was forced to take emergency measures to mitigate the risks of identity theft and financial fraud, including:

- **Visiting my bank in person** to close or change my account numbers

- **Notifying creditors, lenders, and financial institutions** of compromised account information

- **Updating automatic payments, billing information, and deposits**

- **Monitoring my credit reports and financial accounts** for suspicious activity

- Experiencing **emotional distress, fear of fraud, and significant time burden**

These steps were **not optional**—they were necessary due to the Defendant publicly exposing my financial data on the federal docket for the second time.

This constitutes a substantial, wholly avoidable burden on a pro se litigant and raises serious concerns regarding the Defendant's ongoing disregard for court rules related to confidentiality.

### III. This Is Not the First Redaction Violation by Defendant's Counsel

The City has repeatedly filed documents containing unredacted PII throughout this litigation. This pattern demonstrates:

- **Negligence in reviewing filings**,

- **Failure to comply with clear procedural rules**, and

- **A disregard for the privacy and safety of litigants**, especially vulnerable pro se parties.

The Defendant has **already admitted these errors** in a prior letter to the Court, and again after I identified additional unredacted PII.

Immediate sealing is warranted.

### IV. Relief Requested

I respectfully request that the Court:

1. **Immediately seal ECF No. 19 in its entirety, including all attachments;**

2. **Order Defendant to refile fully redacted, rule compliant versions** of the Weltman and Synmoie Affirmations within 14 days;

3. **Direct Defendant's counsel to certify compliance** with Rule 5.2 and SDNY ECF Rule 21 in all future filings;

4. **Remind Defendant's counsel of their obligations** under Fed. R. Civ. P. 11(b) to ensure factual accuracy and compliance with court rules.

**V. Conclusion**

Given the ongoing violations and the real harm caused by the exposure of my personal financial information, I respectfully request that the Court grant this motion and seal the offending filings immediately.

Thank you for your attention to this serious matter.

Respectfully submitted,

**David R. Brown**
Pro Se Plaintiff
720 Fort Washington Ave, Unit 6D
New York, NY 10040
(201) 406-5011
davidrubenbrown@gmail.com