**MEMO ENDORSED**

Application granted. Consistent with Defendant's agreement on this matter (Dkt. No. 109), Defendant shall file an updated version of Dkt. No. 102-1, containing appropriate redactions to Plaintiff's date of birth found on page 211 of that filing, by no later than Friday, October 9, 2026. The Clerk of Court is respectfully directed to seal the filing at Dkt. No. 102-1. SO ORDERED.

Date: October 1, 2026

[signature]

Gary Stein
United States Magistrate Judge
Southern District of New York

**DAVID BROWN**
Plaintiff, Pro Se

September 23, 2026

VIA ECF

**Hon. Gary Stein**
United States Magistrate Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**Case No. 1:25-cv-05920-VSB-GS**

**Re: Plaintiff's Fifth Letter Motion to Seal ECF No. 102-1, Page 211, for Unredacted Personally Identifiable Information**

Dear Judge Stein:

I respectfully submit this letter motion, pursuant to Your Honor's Individual Rules and Fed. R. Civ. P. 5.2, requesting that the Court direct the Clerk to seal ECF No. 102-1, or otherwise restrict public access to page 211 of that exhibit, and direct Defendant to file a redacted version.
On September 23, 2026, Defendant filed ECF No. 102-1, an exhibit to the declaration of Assistant Corporation Counsel Amy Rothschild in support of Defendant's motion to dismiss. Page 211 of that exhibit reproduces the New York City Comptroller's "Hearing Abstract" for Claim Number 2024LE024555 and my full date of birth.

Federal Rule of Civil Procedure 5.2(a)(2) permits only the year of a date of birth to appear in a court filing. The disclosure is therefore a violation of the Rule on its face.

This is the fifth motion to seal I have been required to file in this action because of Defendant's repeated failures to redact personally identifiable information. The Court has addressed this pattern four times:

- ECF Nos. 21-3 and 21-4 — unredacted PII; sealed by Order dated October 16, 2025 (ECF No. 25), which directed Defendant to file redacted versions by October 31, 2025 and referred the parties to Rule 5.2 and the District's ECF Privacy Policy.
- ECF Nos. 19-3 and 19-4 — unredacted PII; sealed by Order dated December 4, 2025 (ECF No. 45), following Defendant's concession of the sealing request (ECF No. 44).

- ECF Nos. 14-3 and 14-4 — unredacted PII; sealed by Order dated December 10, 2025 (ECF No. 51).
- ECF No. 53-2 and ECF No. 40-2 — unredacted PII; sealed by Order dated January 2, 2026 (ECF No. 61). That Order stated that this was "Plaintiff's fourth motion to seal, and Defendant is again cautioned to check PII redactions moving forward."

The January 2, 2026 Order was entered eight months ago and was expressly directed at the conduct now repeated. The caution has not produced compliance.

The consequences are not theoretical. As a result of Defendant's repeated public disclosures of my identifying information on the federal docket, I have made in-person bank visits, changed financial accounts, notified creditors and institutions, and undertaken ongoing identity-theft monitoring. On November 19, 2025, my credit card account was fraudulently compromised; my bank's investigation of that incident remains open.

Defendant faces no prejudice from sealing or refiling a redacted version. Public access is not meaningfully impaired by the removal of a date of birth, and there is no legitimate public interest in its disclosure. The burden of monitoring Defendant's filings for compliance should not rest on the chronically ill pro se litigant, and SDNY ECF Rule 21 places that duty on filing counsel.

Accordingly, I respectfully request that the Court:

a) Direct the Clerk to seal ECF No. 102-1, or otherwise restrict public access to page 211 of that exhibit, pending further order;
b) Direct Defendant to file a redacted version of ECF No. 102-1 within fourteen (14) days;
c) Require Defendant's counsel to certify future compliance with Fed. R. Civ. P. 5.2 and SDNY ECF Rule 21; and
d) Take Defendant's repeated violations into account in evaluating litigation conduct going forward.

I thank the Court for its consideration.

Respectfully submitted,

**David Brown**
Plaintiff, Pro Se
720 Fort Washington Avenue, Unit 6D
New York, NY 10040
(201) 406-5011